**FILED**
IN THE 13TH COURT OF APPEALS
CORPUS CHRISTI - EDINBURG

**6/2/15**

**CECILE FOY GSANGER, CLERK**
**BY DTello**

RECEIVED

~~FILED IN~~
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS

6/2/2015 5:57:40 PM

DORIAN E. RAMIREZ
Clerk

# EXHIBIT 4

| THE STATE OF TEXAS | § | IN THE 148TH JUDICIAL |
|---|---|---|
| | § | |
| vs. | § | DISTRICT COURT |
| | § | |
| TRINITY RINGELSTEIN | § | NUECES COUNTY, TEXAS |

## MOTION FOR CERTIFICATE OF APPEALABILITY

**TO THE HONORABLE GUY WILLIAMS, DISTRICT JUDGE FOR THE 148TH JUDICIAL DISTRICT COURT, NUECES COUNTY, CORPUS CHRISTI, TEXAS:**

COMES NOW TRINITY RINGELSTEIN, who by and through undersigned counsel pursuant to Texas Code of Criminal Procedure Art. 44.02 and Rule 26.2(a) of the Texas Rules of Appellate Procedure, and after filing his Notice of Appeal of the Order granting the State's Motion for Abatement in the above captioned and numbered cause, respectfully moves this Honorable Court to issue a certificate of appealability on that issue for appeal to the Honorable Thirteenth Court of Appeals in Corpus Christi/Edinburg, Texas.

On the 5th day of February 2015, came to be considered the State's Motion for Abatement in the above captioned and numbered cause, and said motion was granted, signed by the Hon. Jack Hunter, Judge Presiding. This Order was a final judgement by this Honorable Court and the Defendant has the right of appeal.

WHEREFORE PREMISES CONSIDERED, the Defendant, Mr. Ringelstein, prays that this Honorable Court grant this Motion for Certificate of Appealability.

Respectfully Submitted,

Dante Eli Dominguez
State Bar No. 24086677

1

310 S. St. Mary's St. Ste. 1215
San Antonio, Texas 78205
Phone: (210) 227-9399
Facsimile: (210) 229-1445
Email: ddominguez.law@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Motion has been delivered via hand delivery to the Nueces County District Attorney, 901 Leopard Street, Room 206, Corpus Christi, Texas 78401, on this the 26th day of March, 2015.

Dante Eli Dominguez

| THE STATE OF TEXAS | § | IN THE 148TH JUDICIAL |
|---|---|---|
| | § | |
| vs. | § | DISTRICT COURT |
| | § | |
| TRINITY RINGELSTEIN | § | NUECES COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION
## OF DEFENDANT'S RIGHT OF APPEAL

On the 5th day of February 2015, came to be considered the State's Motion for Abatement in the above captioned and numbered cause, and said motion was granted, signed by the Hon. Jack Hunter, Judge Presiding. This Order was a final judgement by this Honorable Court and the Defendant has the right of appeal.

_____
HONORABLE GUY WILLIAMS

_____
Date signed          *March 27 2015*

3